AUG 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr2667-L |
| | ) | |
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | |
| v. | ) | Title 18, U.S.C., Sec. 1001 - |
| | ) | False Statement to a Federal |
| JOSE FRANCISCO GOMEZ-MORALES, | ) | Officer |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States Attorney charges:

On or about July 14, 2008, within the Southern District of California, defendant JOSE FRANCISCO GOMEZ-MORALES, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Jose Morales Gomes, whereas in truth and fact, as defendant then and here well knew that

//
//
//
//
//

CJB:kmm:San Diego
8/11/08

1  statement and representation was false, fictitious and fraudulent when

2  made; in violation of Title 18, United States Code, Section 1001.

3      DATED: *August 12, 2008.*

4                                          KAREN P. HEWITT
                                           United States Attorney

5

6                                          CARLA J. BRESSLER
7                                          Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28